USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2020

# EDELMAN, COMBS, LATTURNER & GOO

20 S. Clark, Suite 1500
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379
Email: info@edcombs.com
www.edcombs.com

January 6, 2020

VIA ECF
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Rubin v. Montefiore Medical Center*; 18-cv-11066-AT-DCF

Dear Judge Torres:

Plaintiff, Jonathan Rubin, respectfully submits this request for a three (3) day extension of the January 7, 2020 deadline to file his unredacted Motion to Supplement Response to Defendant's Motion for Summary Judgment under seal.

On January 2, 2020 this Court entered an Order setting January 7, 2020 as the deadline for Plaintiff to file his unredacted Motion to Supplement Response to Defendant's Motion for Summary Judgment under seal. Likewise, on January 2, 2020 the undersigned's office prepared the unredacted version of the motion including the required CD and sent them to Plaintiff's other counsel of record, Abraham Kleinman, by overnight mail (Exhibit A) to file in-person at the courthouse in Manhattan as required.

Although the undersigned and Mr. Kleinman received tracking information indicating that the package containing the matters to be filed under sealed were delivered on the evening of Friday, January 3, 2020; the package was in fact never delivered to Mr. Kleinman. An investigation was initiated with UPS to locate the missing package (Exhibit B). Due to this failed delivery, Plaintiff's counsel will be unable meet January 7, 2020 deadline and requests a brief extension of time to again prepare the documents and CD to be filed in-person as required.

This is Plaintiff's first request for an extension of the deadline to file the unredacted Motion to Supplement Response to Defendant's Motion for Summary Judgment under seal. Plaintiff's counsel has conferred with Defendant's counsel concerning this request for an additional time, and Defendant's counsel does not oppose this request.

Wherefore, Plaintiff respectfully requests a three (3) day extension of time to file the

unredacted Motion to Supplement Response to Defendant's Motion for Summary Judgment under seal up to and including Friday, January 10, 2020.

Respectfully,

/s/Tiffany N. Hardy
Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
&amp; GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60602
Phone: (312) 739-4200
Fax: (312) 419-0379

GRANTED. By **January 10, 2020**, Plaintiff shall file his motion under seal.

SO ORDERED.

Dated: January 6, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge