USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2020

LAW OFFICES OF
**EDELMAN, COMBS, LATTURNER & GOODWIN**
20 S. Clark, Suite 1500
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379
Email: info@edcombs.com
www.edcombs.com

**August 6, 2019**

**VIA ECF**
The Honorable Debra C. Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 1007-1312

      **Re:** *Rubin v. Montefiore Medical Center*
      Case No.: 1:18-cv-11066 (AT)

Dear Judge Freeman,

    I represent the Plaintiff in the above-referenced matter, and am writing to respectfully request an extension of time to file the Amended Complaint *Instanter*. Plaintiff seeks an extension of no later than 4:00 p.m. EDT today, August 6, 2019, or on whatever such day as this Court enters an order permitting the filing of the same.

    Plaintiff filed a motion for leave to file an Amended Complaint on July 25, 2019. The Honorable Analisa Torres granted Plaintiff's Motion for Leave to Amend on July 25, 2019 setting a deadline of July 29, 2019 for Plaintiff to file the Amended Complaint.

    Plaintiff's counsel inadvertently missed the July 29, 2019 deadline to file the Amended Complaint. The delay was an inadvertent oversight as the Amended Complaint was drafted and tendered with the motion for leave to amend (Dkt No. 36-1).

    Plaintiff respectfully requests that the Court excuse the oversight and grant Plaintiff an extension of time to file the Amended Complaint *Instanter*. Plaintiff has conferred with Defendant's counsel about the relief requested herein, and Defendant's counsel has advised that he does not oppose the motion. There have been no previous requests for extensions to file this Amended Complaint. This request for an extension of time would not impact any other dates.

                                                           Respectfully submitted,

GRANTED. By **March 3, 2020**, Plaintiff shall file the amended complaint. The Clerk of Court is directed to terminate the motion at ECF No. 47.

                                                          /s/Tiffany N. Hardy
                                                          Tiffany N. Hardy

SO ORDERED.

Dated: February 28, 2020
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge