USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2020

**EDELMAN, COMBS, LATTURNER & G**
20 S. Clark, Suite 1500
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379
Email: info@edcombs.com
www.edcombs.com

March 16, 2020

<u>VIA ECF</u>
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re: *Rubin v. Montefiore Medical Center*; 18-cv-11066-AT-DCF

Dear Judge Torres:

    Plaintiff Jonathan Rubin respectfully submits this request for leave to file the attached Supplement Response to Defendant's Motion for Summary Judgment and documents (<u>Exhibit L</u> to the aforementioned motion) under seal.

    This Court previously entered an Order allowing Plaintiff to file Exhibit L under seal (Dkt No. 58). Additionally, the Court's Order of February 28, 2020 (Dkt No. 66), ordered that the previously sealed documents shall remain under seal.

    Plaintiff's Supplemental Response to Defendant's Motion for Summary Judgment cites extensively to the previously sealed documents in <u>Exhibit L</u>. Thus, the attached memorandum should also be filed under seal.

    The clerk's office advised that a new sealing order from this Court is required for Plaintiff to file his Supplemental Response in Opposition to Defendant's Motion for Summary Judgment under seal. As such, Plaintiff respectfully requests leave to file the attached memorandum under seal.

    Plaintiff's counsel has conferred with Defendant's counsel about the relief requested herein, and Defendant does not oppose the relief requested herein.

                                             Respectfully,

/s/Tiffany N. Hardy
Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    &amp; GODOWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60602
Phone: (312) 739-4200
Fax: (312) 419-0379

GRANTED.

SO ORDERED.

Dated: March 16, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge