# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JONATHAN RUBIN, on behalf of plaintiff and a class,

                Plaintiff,                      18 **CIVIL** 11066 (AT)

      -against-                    **JUDGMENT**

MONTEFIORE MEDICAL CENTER, a New York Corporation,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 5, 2020, Defendant's motion for summary judgment is granted; accordingly, this case is closed.

**Dated:** New York, New York
         August 5, 2020

                                                        **RUBY J. KRAJICK**
                                                       _____
                                                         **Clerk of Court**
                            **BY:**
                                                        **Deputy Clerk**